# VELVA L. PRICE
Travis County District Clerk
Travis County Courthouse Complex
P.O. Box 679003
Austin, Texas 78767-9003



June 26, 2015


Mr. Jeffrey D. Kyle
Third Court of Appeals
P.O. BOX 12547
Austin, Texas 78711-2547

Dear Mr. Kyle:

A clerk's record in cause number, D-1-GN-14-000367; 03-15-00341-CV, styled, *Antioch St. Johns Cemetery Company, et al vs. The Texas Department of Banking Commissioner* is due in your office on Monday, June 29, 2015. This office is notifying you that it has not received payment for the record as of June 26, 2015.

If you have any questions please contact me at (512) 854-3229.

Sincerely,


Kirby Hernandez
Deputy Court Clerk

cc:     Kevin S. Wiley, Jr
        Deborah H. Loomis
        Court File